JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CANDI-RACHELLE WATTS,<br><br>Plaintiff,<br><br>v.<br><br>THE IRVINE COMPANY LLC, et al.,<br><br>Defendants. | No. 8:24-cv-01684-MEMF-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Third Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this action without prejudice.

4.   The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

5.  The motions and requests at ECF Nos. 49, 50, and 52 are DENIED as MOOT.

DATED: July 8, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE