JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CANDI-RACHELLE WATTS,<br>　　　　Plaintiff,<br>　　v.<br>THE IRVINE COMPANY LLC, et al.,<br>　　　　Defendants. | No. 8:24-cv-01684-MEMF-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Third Amended Complaint in this matter is dismissed without prejudice.

DATED: July 8, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE